**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:07CR71** |
| vs. ) | |
| ) | **TRIAL ORDER** |
| **CANDIDO ALVA-DIAZ,** ) | |
| **MARTIN CAMPOS-CALDERON,** ) | |
| **SAMUEL HERNANDEZ-MONTILL,** ) | |
| **NOE HERNANDEZ-ROMERO and** ) | |
| **SANTOS PENA,** ) | |
| ) | |
| **Defendants.** | |

Upon the expiration of the deadline for filing substantive pretrial motions, and no motions having been filed,

**IT IS ORDERED**:

1. The above-entitled case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, June 19, 2007 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant(s) must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

2. Any motions for a continuance of this trial date shall be electronically filed on or before **June 5, 2007** and shall (a) set forth the reasons why the moving party believes that the additional time should be allowed and (b) justify the additional time, ***citing specific references to the appropriate section(s) of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.*** Any defense motion for continuance shall be accompanied by a written affidavit signed by the defendant in accordance with NECrimR 12.1.

3. Counsel for the United States shall confer with defense counsel and, no later than **June 12, 2007**, advise the court of the anticipated length of trial.

DATED May 11, 2007.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**